# United States Court of Appeals
## For the First Circuit

No.  12-1315

UNITED STATES,

Appellee,

v.

RODNEY RUSSELL,

Defendants, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 26, 2013 is amended as follows:

On the cover sheet replace "Rodney L.  Russell" with "Rodney Wayne Russell"

On page 2, line 1, replace "Rodney L.  Russell" with "Rodney Wayne Russell"